# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dawn Smith, Mark Tarras, Jim Cox, Justin Durbin, Patrick Parris, DeWayne Klipple, and Edward Willson, on behalf of themselves and other past and present employees similarly situated, | Civil No. 04-1403 (RHK/AJB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Heartland Automotive Services, Inc., d/b/a Jiffy Lube, | |
| Defendant. | |

Pursuant to the Stipulation of the parties (Doc. No. 140) filed June 29, 2005, Kevin R. Caldwell, Calvin Hill, Benjamin Rosette, Jason Swoap, Ronnie Knox, Kevin Pitman, Eddie Nora Lewis, Jr., and Benjamin Sexton are dismissed from this lawsuit with prejudice.

Nothing in the parties' Stipulation shall constitute a waiver of any defenses as to any other Plaintiffs, including, but not limited to any statute of limitations defense.

**SO ORDERED**.

DATED:  July 5, 2005

                                                                          s/Richard H. Kyle
                                                                          RICHARD H. KYLE
                                                                          United States Disctrict Judge