## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Dawn Smith, et al.,                                    Civil No. 04-1403 (RHK/AJB)

        Plaintiffs,

   vs.                                                    **ORDER**

Heartland Automotive Services, Inc.,
d/b/a Jiffy Lube,

        Defendant.

_____


In accordance with Defendant's November 16, 2005 letter proposal, to which Plaintiffs have no objections, **IT IS ORDERED**:

1.  Defendant shall, with respect to the two named Defendants, comply with the dispositive motion deadline established in the Amended Pretrial Scheduling Order; and

2.  If the pending Motion for Decertification is denied, the Pretrial Scheduling Order will be amended so as to give Defendant at least 30 days with which to file and brief dispositive motions on behalf of the opt-in plaintiffs and a new trial date will be established.

Dated: November 22, 2005

                    s/Richard H. Kyle_____
                    RICHARD H. KYLE
                    United States District Judge