## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Dawn Smith, et al.,                                         Civil No. 04-1403 (RHK/AJB)

          Plaintiffs,

    vs.                                                      **AMENDED ORDER**

Heartland Automotive Services, Inc.,
d/b/a Jiffy Lube,

          Defendant.

---

In accordance with Defendant's November 16, 2005 letter proposal, to which Plaintiffs have no objections, **IT IS ORDERED**:

1. Defendant shall, with respect to the <u>seven named Plaintiffs</u>[1], comply with the dispositive motion deadline established in the Amended Pretrial Scheduling Order; and

2. If the pending Motion for Decertification is denied, the Pretrial Scheduling Order will be amended so as to give Defendant at least 30 days with which to file and brief dispositive motions on behalf of the opt-in plaintiffs and a new trial date will be established.

Dated: November 23, 2005

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge

---

[1] This Order replaces the Court's November 22, 2005 Order (Doc. No. 211).