**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dawn Smith, et al.,                                                    Civil No. 04-1403 (RHK/AJB)

        Plaintiffs,

   vs.                                                                          **ORDER**

Heartland Automotive Services, Inc.,
d/b/a Jiffy Lube,

        Defendant.

---

This Court's Orders of November 7, 2005 (Doc. No. 206) and January 3, 2006 (Doc. No.

278) establishing a trial ready date and a schedule for submission of trial materials are each

**VACATED**; new dates will be set at the February 8, 2006 hearing of Defendant's Summary Judgment

Motions.

Dated: January 20, 2006

                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge