# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Dawn Smith, et al.,                                Civil No. 04-1403 (RHK/AJB)

        Plaintiffs,                                **ORDER**

vs.

Heartland Automotive Services, Inc.,
d/b/a Jiffy Lube,

        Defendant.

___

    Defendant's Motion to Enlarge Word Count Limit (Doc. No. 300) is **DENIED**.

Dated: January 23, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge