# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Dawn Smith, et al., | Civil No. 04-1403 (RHK/AJB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Heartland Automotive Services, Inc., d/b/a Jiffy Lube, | |
| Defendant. | |

___

Defendant's Motion to Enlarge Word Count Limit (Doc. No. 312) is **DENIED**.

Dated: January 23, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
