**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dawn Smith, et al.,                                  Civil No. 04-1403 (RHK/AJB)

            Plaintiffs,              **ORDER RE: SCHEDULE FOR**
                                    **SUBMISSION OF TRIAL MATERIALS**
                                    **FOR JUNE, 2006 TRIAL CALENDAR**

vs.

Heartland Automotive Services, Inc.,
d/b/a Jiffy Lube,

            Defendant.

---

      The following trial materials are to be **EXCHANGED AND FILED** in accordance with the following schedule:

      By <u>May 10, 2006</u>:

      (1)    All "documents to be submitted for trial" as required by Local Rule 39.1(b);

      (2)    Designation and copies of proposed deposition testimony;

      (3)    Motions in Limine with supporting briefs; and

      (4)    Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

      By <u>May 17, 2006</u>:

      (1)    Responsive briefs to Motions in Limine;

      (2)    Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

  (3) Replies to Trial Briefs.

 By <u>May 23, 2006</u>:  Responses to the Written Objections.

Dated:  March 8, 2006

              <u>s/Richard H. Kyle   </u>
              RICHARD H. KYLE
              United States District Judge