# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Dawn Smith, et al.,                                    Civil No. 04-1403 (RHK/AJB)

                Plaintiffs,

       vs.                                             **ORDER**

Heartland Automotive Services, Inc.,
d/b/a Jiffy Lube,

                Defendant.

_____


       Defendant's March 10, 2006 letter request (attached) to file a Motion to

Reconsider the Court's March 6, 2006 Order, in part, is **DENIED**.


Dated: March 13, 2006


                          s/Richard H. Kyle_____
                          RICHARD H. KYLE
                          United States District Judge