# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Dawn Smith, et al., | Civil No. 04-1403 (RHK/AJB) |
| Plaintiffs, | |
| vs. | **ORDER** |
| Heartland Automotive Services, Inc., d/b/a Jiffy Lube, | |
| Defendant. | |

---

Plaintiffs' Motion to Calculate Overtime Rate (Doc. No. 370) and Defendant's Motion to Set Order of Proof (Doc. No. 365) will be decided upon the written submissions of the parties and the May 23, 2006 hearing date before the undersigned is **CANCELLED**.

Because of the Court's current involvement in a civil trial, trial in the above matter will not begin prior to Monday, June 5, 2006. The Court will notify counsel of the starting date in due course.

Dated: May 16, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge